SYLVIA GREENBERG and HERMAN GREENBERG, Respondents, v. NEWTON E. BOYCE, Appellant.— Order denying defendant's motion to change the place of trial of a negligence action from Kings county to Seneca county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

In the Matter of the Application of ANNA ARICO to Compel the Turnover of a Certain Bank Book and the Moneys on Deposit in Said Account, Now in the Possession or under the Control of HELEN ARICO, Administratrix, etc., of FRANK R. ARICO, Also Known as FRANK ARICO, Deceased. ANNA ARICO, Petitioner, Appellant; HELEN ARICO, as Administratrix, etc., of FRANK R. ARICO, Also Known as FRANK ARICO, Deceased, and CENTRAL SAVINGS BANK, Respondents.— In a proceeding in the Surrogate's Court, Queens county, the petitioner seeks to compel delivery to her of a savings bank account standing in the name of her son, deceased. The decree dismisses the petition and directs that the moneys in the account be paid into the decedent's estate. Decree unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.